IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER O'CONNOR and
DAN O'CONNOR,

       Plaintiffs,

vs.                                 Civ. No. 97-1105 RLP/WWD

LOIS KESSLER, individually,

       Defendant.

MEMORANDUM OPINION AND ORDER

This matter comes before the Court following receipt of Defendant's Motion to Vacate Case Management Deadlines by fax on March 23, 1998.  The parties agreed that I could address the matter by a telephone conference which was held March 27, 1998.  After hearing the arguments of counsel, I determined that the motion should be denied.  Both former counsel and present counsel for Defendant Lois Kessler have had adequate opportunity to pursue discovery matters.  Their delay in doing so is not good cause for vacating case management deadlines.

**WHEREFORE,**

**IT IS ORDERED** that Defendant's Motion to Vacate Case Management Deadlines, which motion was not docketed with the Court, be, and it hereby is, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE