IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNIFER O'CONNOR and DAN O'CONNOR,

    Plaintiffs,

vs.                                    Civ. No. 97-1105 RLP/WWD

LOIS KESSLER, Individually,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant Lois Kessler's Motion to Reconsider Order Denying Defendant's Motion to Compel [docket no. 51] filed June 12, 1998. The motion seeks reconsideration of the order I entered June 5, 1998, with respect to Defendant's request for production number 1 which sought the following, to wit:

> Complete copies of the entire file for each expert you [Plaintiffs] have identified who will testify.

The motion for reconsideration is specifically limited to Plaintiffs' liability expert, Norman Bates. I find that the motion for reconsideration is well taken, and that it should be granted.

**WHEREFORE,**

**IT IS ORDERED** that on or before <u>July 15, 1998</u>, Plaintiffs shall serve upon Defendant copies of the entire file which Norman Bates has compiled in connection with this case, including specifically any and all correspondence between Plaintiffs' counsel and Norman Bates.

                                                        /s/ William W. Deaton
                                                      UNITED STATES MAGISTRATE JUDGE